**E-Filed 5/29/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEWELRY INNOVATIONS INC., et al.,<br><br>　　　　　　Defendants. | Case Number C 07-1812 JF<br><br>ORDER[1] GRANTING MOTION FOR EXTENSION OF TIME<br><br>[re: docket no. 17] |

　　　Defendant Crownring Inc. ("Crownring") seeks an extension of time to file an answer or otherwise respond to the amended complaint filed on April 19, 2007 by Plaintiff Trent West. Crownring requests that it be permitted to file a responsive pleading and counterclaim on or before June 25, 2007 on the ground that it is a foreign corporation that has found it difficult to access the electronic docket of this case[2] and to find qualified California counsel for this patent

---

[1] This disposition is not designated for publication and may not be cited.

[2] Crownring sent its motion and its notice of appearance to chambers via fax. This is not the correct manner in which to file documents in this Court. Crownring should resolve any impediments to its access to the electronic docketing system and effect all future filings through that system.

1  litigation.  Having reviewed Crownring's submission, the Court concludes that the extension
2  should be granted.  Crownring shall respond to the amended complaint on or before June 25,
3  2007.

5  IT IS SO ORDERED.

7  DATED: May 29, 2007

                                                          _____
                                                          JEREMY FOGEL
                                                          United States District Judge

2

Case No. C 07-1812 JF
ORDER GRANTING MOTION FOR EXTENSION OF TIME
(JFLC1)

1  This Order has been served upon the following persons:

2  Brett D. Ekins            bekins@joneswaldo.com, lcheney@joneswaldo.com

3  Edward Vincent King , Jr   evking@kingandkelleher.com, mjhiggins@kingandkelleher.com

4  Notice will be delivered by other means to:

5  Smadar Dahan
   8290 St Laurent Boulevard
6  Montreal, Quebec
   H2P 2L8
7  Canada

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-1812 JF
ORDER GRANTING MOTION FOR EXTENSION OF TIME
(JFLC1)