\*\*E-filed 6/27/07\*\*

James J. Ficenec (SBN - 152172)
SELLAR HAZARD MANNING FICENEC & LAI
A Professional Law Corporation
1800 Sutter Street, Suite 460
Concord, CA 94520
Telephone:   (925) 938-1430
Facsimile:   (925) 256-7508
Email:       JFicenec@sellarlaw.com

Attorneys for:
Northstar Diamond, Inc., erroneously sued herein as
Diamond Northstar, Inc.

UNITED STATES DISTRICT COURT COURT OF THE STATE OF CALIFORNIA

COUNTY OF NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>        Plaintiff,<br><br>v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC., (dba INFINITY RINGS), and CROWN RING, INC.<br><br>        Defendants. | Case No.: C 07 1812 JF-EDL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT NORTHSTAR DIAMOND, INC. TO FILE OPPOSITON TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 13, 2007<br>Time: 9:00 a.m. |

Defendant Northstar Diamond, Inc., erroneously sued herein as Diamond Northstar, Inc. ("Northstar"), by and through their undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, hereby stipulate, and request that the Court issue an Order, for good cause shown, that the time within which Northstar may file its opposition brief to

//

- 1 -

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT NORTHSTAR DIAMOND, INC. TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
43988
                                                                                 Case No. C 07 1812 JF-EDL

1  West's Motion for Preliminary Injunction be extended by five days to June 27, 2007. Northstar shall
2  file its opposition and serve plaintiff via fax by 5:00 p.m.

SELLAR HAZARD MANNING
FICENEC & LAI

By: _____
James J. Ficenec (SBN 152172)

Attorneys for Northstar Diamond, Inc.
Date: June 22, 2007

KING & KELLEHER

By: _____
Edward Vincent King (SBN 085726)

Attorneys for Plaintiff Trent West
Date: June 22, 2007

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 27, 2007

_____
Hon. Jeremy Fogel
United States District Court Judge

-2-

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT NORTHSTAR DIAMOND, INC. TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
43988
Case No. C 07 1812 JF-EDL