**E-filed 7/3/07**

1  Edward Vincent King, Jr. (SBN 085726)
   KING & KELLEHER, LLP
2  20 California Street, 7th Floor
   San Francisco, CA 94111
3  Telephone: (415) 781-2888
   Facsimile: (415) 781-3011
4
   Attorneys for Plaintiff
5  TRENT WEST

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | TRENT WEST,                              | Case No. C 07-1812 JF
13 |         Plaintiff,                       | **STIPULATION AND ORDER
   |                                          | EXTENDING TIME FOR TRENT WEST'S
14 |    v.                                    | REPLY TO NORTHSTAR DIAMOND,
   |                                          | INC.'S OPPOSITION TO PLAINTIFF'S
15 | JEWELRY INNOVATIONS, INC.,               | MOTION FOR PRELIMINARY
   | TOSYALI INTERNATIONAL, INC.              | INJUNCTION**
16 | (dba BENCHMARK), NORTHSTAR
   | DIAMOND, INC. (dba TUNGSTEN
17 | MAGNUM), and A JAMAIS DESIGNS,           | Hearing Date: July 13, 2007
   | INC. (dba INFINITY RINGS), and           | Time:         9:00 a.m.
18 | CROWN RINGS, INC.,

19 |         Defendants.

20 | **And Related Cross-Actions**

21

22     Defendant Northstar Diamond, Inc. ("Northstar"), by and through their undersigned

23 counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of

24 record, hereby stipulate, and request that the Court issue an Order, for good cause shown, that

25

26                                         -1-
   STIPULATION AND ORDER EXTENDING TIME FOR TRENT WEST'S REPLY TO NORTHSTAR DIAMOND, INC.'S
27          OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

28

West's Reply to Northstar Diamond's Opposition to Motion for Preliminary Injunction be extended by one (1) week to July 6, 2007.

SELLAR HAZARD MANNING FICENEC & LAI

By: _____
James J. Ficenec (SBN 152172)

Attorneys for Northstar Diamond, Inc.
Date: June 29, 2007

KING & KELLEHER

By: _____
Edward Vincent King, Jr. (SBN 085726)

Attorneys for Plaintiff Trent West
Date: June 29, 2007

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ~~June~~ 7/2, 2007

_____
Judge Jeremy Fogel
United States District Court

-2-
STIPULATION AND ORDER EXTENDING TIME FOR TRENT WEST'S REPLY TO NORTHSTAR DIAMOND, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# PROOF OF SERVICE

I declare that: I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 20 California Street, 7th Floor, San Francisco, California 94111. On June 29, 2007, I served a copy of the within document(s):

- **STIPULATION AND ORDER EXTENDING TIME FOR TRENT WEST'S REPLY TO NORTHSAR DIAMOND, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

☐ by transmitting via **facsimile** the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **U.S. Mail** in San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope, for each person(s) named below, and caused such envelope to be delivered by **hand** to the person address(es) as set forth below.

> Me. Smadar Dahan
> 8290 St. Laurent Blvd
> Montreal, Quebec,
> Canada
> H2P 2L8
> **Attorneys for Defendant**
> **Crown Ring Inc.**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 29, 2007 in San Francisco, California.

/s/
_____
Rosanne Massimino