**E-filed 7/3/07**

R. Joseph Trojan  CA Bar No. 137,067
Trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

Attorneys for Defendant,
CROWN RING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INERNATIONAL, INC., (d.b.a. BENCHMARK), DIAMOND NORTHSTAR, INC., (d.b.a. TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (d.b.a. INFINITY RINGS), and CROWN RING, INC.,<br><br>　　　　　Defendants,<br><br>and Related Counterclaims | CASE NO. C 5:07-cv-01812-JF<br><br>**STIPULATION AND [proposed] ORDER TO EXTEND TIME FOR DEFENDANT CROWN RING, INC. TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR THE PLAINTIFF'S REPLY**<br><br>Date:    July 13, 2007<br>Time:   9:00 a.m.<br>Place:   Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

Defendant Crown Ring ("Defendant") hereby respectfully requests an Order permitting extension of time to file an opposition to Plaintiff Trent West's Motion for Preliminary Injunction.  The opposition was filed on June 29, 2007.

Defendant Crown Ring and Plaintiff hereby stipulate and request that the Court issue

TROJAN LAW OFFICES
BEVERLY HILLS

1 | an Order setting the time for Plaintiff's reply on July 6, 2007.

TROJAN LAW OFFICES

By _____
R. Joseph Trojan (SBN 137067)

Attorneys for Defendant Crown Ring, Inc.

July 2, 2007

KING & KELLEHER

By _____
Edward Vincent King (SBN 085726)

Attorneys for Plaintiff Trent West

PURSUANT TO STIPULATION IT IS SO ORDERED

Date: July 3 , 2007      _____
                         Hon. Jeremy Fogel
                         United States District Judge

-2-
STIPULATION AND ORDER TO EXTEND TIME FOR DEF. CROWN RING'S OPPOSITION TO PL.'S MOTION FOR PRELIMINARY INJUNCTION AND FOR THE PL.'S REPLY CASE NO. C 5:07-cv-01812-JF