1   Brett Ekins (SBN 194736)
    JONES WALDO HOLBROOK & McDONOUGH PC
2   301 North 200 East, Suite 3A
    St. George, Utah 84770
3   Telephone: (435) 628-1627
    Facsimile: (435) 628-5225
4   bekins@joneswaldo.com
                                                        **E-filed 7/3/07**
5
    *Attorneys for Plaintiff Jewelry Innovations, Inc.*
6   *and Tosyali International, Inc. dba Benchmark*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TRENT WEST,                       | Civil No. C 07 1812 JF-EDL

12              Plaintiff,            | **STIPULATION AND ORDER RE:**
                                      | **LENGTH OF DEFENDANTS**
13  vs.                               | **JEWELRY INNOVATIONS, INC. AND**
                                      | **TOSYALI INTERNATIONAL, INC.'S**
14  JEWELRY INNOVATIONS, INC.,        | **(dba BENCHMARK) JOINT**
    TOSYALI INTERNATIONAL, INC. (dba  | **OPPOSITION TO PLAINTIFF'S**
15  BENCHMARK), DIAMOND               | **MOTION FOR PRELIMINARY**
    NORTHSTAR, INC. (dba TUNGSTEN     | **INJUNCTION**
16  MAGNUM), and A JAMAIS DESIGNS,    |
    INC. (dba INFINITY RINGS); and    |
17  CROWN RING, INC.                  |

18              Defendants.           |

19  AND RELATED COUNTERCLAIMS

20

21

22          Defendants Jewelry Innovations, Inc. ("JII") and Tosyali International, Inc. dba

23  Benchmark ("Benchmark"), by and through their undersigned counsel of record, and Plaintiff

24  Trent West ("West"), by and through his undersigned counsel of record, hereby stipulate, and

25  request that the Court issue an Order, for good cause shown, that JII and Benchmark be permitted

26  to file a joint opposition brief to plaintiff's Motion for Preliminary Injunction of 35 pages in

27  length.

28
                                              **STIP AND ORD RE: LENGTH OF**
                                              **OPP TO MOT FOR PRELIM INJ**
                                                      C 07 1812 JF-EDL

06/28/07  17:16 FAX 415 781 3011       KING & KELLEHER                    ☑001
06/28/2007 17:30  FAX  4356265226      DOCUMENT 70   Filed 07/03/07  Page 2 of 2    ☑003/003

Case 5:07-cv-01812-EJD   Document 70   Filed 07/03/07   Page 2 of 2

51

1

2 | JONES WALDO HOLBROOK & | KING & KELLEHER
  | MCDONOUGH |

3

4 | By: _Brett Ekins_ | By: _Edward King_
5 |     Brett D. Ekins (SBN 194736) |     Edward Vincent King (SBN 085726)
  |     301 North 200 East, Suite 3A |     20 California Street, 7th Floor
6 |     St. George, UT 84770 |     San Francisco, CA 94111

7 | Attorneys for Jewelry Innovations, Inc. and | Attorneys for Plaintiff Trent West
  | Tosyali International, Inc. (dba Benchmark). |

8 | Date: June 28, 2007 | Date: June ___, 2007

9

10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13 Date: June _29_, 2007

14                      _U.S. District Court Judge Fogel_

15                      Jeremy Fogel

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIP AND ORD RE: LENGTH OF
OPP TO MOT FOR PRELIM INJ
C 07 1812 JF-EDL

799188.1