**FILED**

UNITED STATES DISTRICT COURT

JUL 1 2 2007

Northern District of California

RICH...
CLERK, U.S...
NORTHERN DIST...
SAN...

TRENT WEST,

CASE NO. 5:07cv01812-JF-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Plaintiff(s),

RECEIVED
JUL 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JEWELRY INNOVATIONS, et. al.

Defendant(s).

Andrew H. Stone, an active member in good standing of the bar of The Supreme Court of Utah whose business address and telephone number (particular court to which applicant is admitted) is

301 North 200 East, Suite 3A
St. George, Utah 84770
(435) 628-1627

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jewelry Innovations, Inc., and Tosyali Int'l, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/12/07

_____
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California