**E-filed 7/17/07**

# UNITED STATES DISTRICT COURT
## Northern District of California

TRENT WEST,

CASE NO. 5:07cv01812-JF-HRL

Plaintiff(s),

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

JEWELRY INNOVATIONS, INC., et. al.

Defendant(s).
_____/

Brent T. Winder, an active member in good standing of the bar of The Supreme Court of Utah whose business address and telephone number (particular court to which applicant is admitted) is

Jones Waldo Holbrook & McDonough PC
170 S. Main St., #1500; Salt Lake City, UT 84101
(801) 521-3200

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jewelry Innovations, Inc. & Tosyali Int'l, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/16/07

_____
United States District Judge
Jeremy Fogel

UNITED STATES DISTRICT COURT
For the Northern District of California