**E-Filed 9/12/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>                Plaintiff,<br><br>    v.<br><br>JEWELRY INNOVATIONS INC., et al.,<br><br>                Defendants. | Case Number C 07-1812 JF (HRL)<br><br>ORDER[1] GRANTING MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM<br><br>[re: docket no. 93] |

      Defendant Northstar Diamond, Inc. ("Northstar") seeks leave to amend its Answer and Counterclaim based on newly-discovered facts. Northstar asserts that the proposed Amended Answer to the Amended Complaint and Counterclaims is identical to its original pleading except that it adds a fifth counterclaim and prayer for relief based upon allegations of intentional and willful violations of the Sherman Antitrust Act by the Plaintiff Trent West ("Trent West"). Trent West does not oppose the motion.

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1812 JF
ORDER GRANTING  MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM
(JFLC3)

1   Good cause therefore appearing, Northstar's Motion for Leave to Amend its Answer and
2   Counterclaim is hereby GRANTED.

4   IT IS SO ORDERED.

6   DATED: September 12, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-1812 JF
ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM
(JFLC3)

1  This Order has been served upon the following persons:

2  Brett D. Ekins                bekins@joneswaldo.com, lcheney@joneswaldo.com

3  Edward Vincent King , Jr      evking@kingandkelleher.com, mjhiggins@kingandkelleher.com

4  Notice will be delivered by other means to:

5  Smadar Dahan
   8290 St Laurent Boulevard
6  Montreal, Quebec
   H2P 2L8
7  Canada

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-1812 JF
ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM
(JFLC3)