\*\*E-filed 10/12/07\*\*

1   Brett D. Ekins (CSB #194736)
    Andrew H. Stone (*pro hac vice*)
2   Brent T. Winder (*pro hac vice*)
    JONES WALDO HOLBROOK & McDONOUGH PC
3   301 North 200 East, Suite 3A
    St. George, Utah 84770
4   Telephone:  (435) 628-1627
    Facsimile:  (435) 628-5225
5   bekins@joneswaldo.com

6   Marc N. Bernstein (CSB #145837)
    The Bernstein Law Group PC
7   555 Montgomery Street, Suite 1650
    San Francisco, CA  94111
8   Telephone:  (415) 765-6634
    Facsimile:  (415) 283-4804
9   mbernstein@blgrp.com

10  *Attorneys for Defendants and Counterclaimants*
    *Jewelry Innovations, Inc., Tosyali International, Ltd.,*
11  *and Diamond Northstar, Inc.*

12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15  TRENT WEST,

16          Plaintiff,                  | Case No. 5:07-cv-01812-JF-HRL

17  vs.

18  JEWELRY INNOVATIONS, INC.,          | **NOTICE OF SUBSTITUTION OF**
    TOSYALI INTERNATIONAL, INC. (dba    | **COUNSEL**
    BENCHMARK), DIAMOND
19  NORTHSTAR, INC. (dba TUNGSTEN
    MAGNUM), and A JAMAIS DESIGNS,
20  INC. (dba INFINITY RINGS); and
    CROWN RING, INC.
21

22          Defendants.

23          **PLEASE TAKE NOTICE** that Brett D. Ekins, Andrew H. Stone (*pro hac vice*) and

24  Brent T. Winder (*pro hac vice*) of the law firm of Jones, Waldo, Holbrook & McDonough, and

25  Marc N. Bernstein of the law firm Bernstein Law Group PC, hereby appear as counsel for

26  Defendant Northstar Diamond, Inc. in the above-captioned matter in substitution of James

27  J.Ficenec of the law firm of Sellar Hazard McNeely & Manning and Kyle J. Kaiser (*pro hac*

28  *vice*) of the law firm of Winthrop & Weinstine, P.A., who hereby withdraw as counsel.

                                        NOTICE OF SUB OF COUNSEL
                                        Case No. 5:07-cv-01812-JF-HRL

TRAINING:TRAINING\75494.1

DATED this 14th day of September, 2007.

JONES WALDO HOLBROOK & McDONOUGH PC

By: _____
Brett D. Ekins
Andrew H. Stone
Brent T. Winder
*Attorneys for Jewelry Innovations, Inc., Tosyali*
*International, Ltd. and Northstar Diamond, Inc.*

DATED this ____ day of September, 2007.

THE BERNSTEIN LAW GROUP, P.C.

By: _____
Marc N. Bernstein
*Attorneys for Jewelry Innovations, Inc., Tosyali*
*International, Ltd. and Northstar Diamond, Inc.*

DATED this 18th day of September, 2007.

SELLAR HAZARD McNEELY & MANNING

By: _____
James J. Ficenec

DATED this 18th day of September, 2007.

WINTHROP & WEINSTINE PA

By: _____
Kyle Jason Kaiser
Matthew D. Spohn

10/12/07 IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

TRAINING:TRAINING\75094.1

NOTICE OF SUB OF COUNSEL

Case No. 5:07-cv-01812-JF-HRL