**E-filed 10/16/07**

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011

Attorneys for Plaintiff
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRENT WEST,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RINGS, INC.,**<br><br>    **Defendants.**<br><br>**And Related Cross-Actions** | Case No. C 07-1812 JF<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO LATE FILE HIS OPPOSITION TO JUSTIN D. HEIDEMAN'S MOTION TO BE RELEIVED AS COUNSEL FOR DEFENDANT A'JAMAIS DESIGNS, INC.**<br><br>Hearing Date:   October 19, 2007<br>Time:                  9:00 a.m.<br>Courtroom:        Three |

Defendant A'Jamais Designs, Inc. ("A'Jamais"), by and through its undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, hereby stipulate, and request that the Court issue an Order for good cause shown, that West be permitted to late file his Opposition to A'Jamais' counsel's Motion to be Relieved as Counsel concurrent with this Stipulation.

Mr. Heideman has given Plaintiff's counsel his authorization to file the present

-1-
**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF
TO LATE FILE HIS OPPOSITION TO JUSTIN D. HEIDEMAN'S MOTION
TO BE RELEIVED AS COUNSEL FOR DEFENDANT A'JAMAIS**                                                   **Case No. C 07-1812 JF**

Stipulation electronically.  Should the Court grant the Proposed Order, West's Opposition is submitted for entry herewith as Exhibit 1.

Date:  October 12, 2007              Date:  October 12, 2007

ASCIONE, HEIDEMAN & MCKAY            KING & KELLEHER

By: */s/Justin D. Heideman*           By: */s/Edward Vincent King, Jr.*
    Justin D. Heideman, Esq.          Edward Vincent King, Jr.
Attorneys for A'Jamais Designs, Inc.  Attorneys for Plaintiff Trent West

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 17, 2007

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court

-2-
**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF**
**TO LATE FILE HIS OPPOSITION TO JUSTIN D. HEIDEMAN'S MOTION**
**TO BE RELEIVED AS COUNSEL FOR DEFENDANT A'JAMAIS**           **Case No. C 07-1812 JF**