**E-Filed 10/23/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRENT WEST,<br><br>                Plaintiff,<br><br>      v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A'JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>                Defendants. | Case Number CV 07-1812 JF (HRL)<br><br>ORDER[1] (1) GRANTING MOTION TO BE RELIEVED AS COUNSEL FOR DEFENDANT A'JAMAIS<br><br>[Re:  Doc. No. 94] |

      The law firm of Ascione, Heideman & McKay ("the firm") seeks to withdraw as counsel for A'Jamais Designs, Inc. (dba INFINITY RINGS) ("A'Jamais") in the instant action. Plaintiff does not oppose the motion, provided that the firm continues to accept service for A'Jamais. For the reasons explained below, the motion will be GRANTED.

      "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have

---

[1] This disposition is not designated for publication and may not be cited.

appeared in the case."  Civil L.R. 11-5 (a).  "When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear *pro se*, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes."  Civil L.R. 11-5(b).

In the instant case, the moving attorney, Mr. Heideman, was approached by A'Jamais' principal officer about possible representation in the instant case. At the time, Mr. Heideman was undecided about engaging in representation, but was aware that an answer and initial disclosures on behalf of A'Jamais were due. Mr. Heideman thus made contact with opposing counsel, Edward Vincent King, Jr., in order to secure an extension for filing the answer and initial disclosures. Mr. King granted the extension on the condition that Mr. Heideman agree to accept service on behalf of A'Jamais.

On July 13, 2007, Mr. Heideman appeared at a case management conference via telephone. He listened to the proceedings. Following this, Mr. Heideman and A'Jamais decided that Mr. Heideman would not undertake formal representation. Mr. Heideman's motion states that "Defendant A'Jamais, according to Mr. Robert, has determined to obtain other counsel in this matter." Heideman Affidavit at ¶ 8. A'Jamais has not paid, nor has it agreed to pay, any amount to the firm, nor is there any formal agreement for representation between Mr. Heideman and A'Jamais. Mr. Heideman is not a member of the California Bar, nor has he filed a *pro hac vice* application, nor has he entered a formal appearance as counsel in this case.

Case No. CV 07-1812 JF (HRL)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFEX1)

**ORDER**

Good cause therefore appearing, IT IS HEREBY ORDERED that the motion of Ascione, Heideman & McKay to withdraw as counsel of record for Defendant A'Jamais Designs, Inc. (dba INFINITY RINGS) is GRANTED. However, pursuant to Mr. Heideman's agreement with Mr. King, the firm shall continue to accept service of documents on behalf of A'Jamais until A'Jamais provides a new address of record to the Court.

DATED: October 23, 2007

JEREMY FOGEL
United States District Judge

Case No. CV 07-1812 JF (HRL)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFEX1)

1  This Order was served on the following persons:

2

3  Edward Vincent King, Jr.
   Evking@ropers.com

4

5  Brett D. Ekins
   bekins@joneswaldo.com

6

7  James J. Ficenec
   Jficenec@sellarlaw.com

8

9  Raymond Joseph Trojan
   trojan@trojanlawoffices.com

10

11  Smadar Dahan
    Crownring Inc.

12  8290 St. Laurent Boulevard

13  Montreal

14  Canada

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4