\*\*E-filed 12/13/07\*\*

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

*Attorneys for Plaintiff*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRENT WEST,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RINGS, INC.,**<br><br>    **Defendants.**<br><br>**And Related Cross-Actions** | Case No. C 07-1812 JF<br><br>**STIPULATION EXTENDING TIME FOR WEST TO REPLY OR OTHERWISE RESPOND TO NORTHSTAR'S SECOND AMENDED ANSWER AND COUNTERCLAIM** |

On December 4, 2007, Defendant Northstar Diamond, Inc. ("Northstar"), by and through its undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, stipulated to extend the time for West to reply or otherwise respond to Northstar's Second Amended Answer and Counterclaim by two weeks from December 4, 2007 to December 18, 2007.  Because Northstar and West continue to discuss the possibility of Northstar voluntarily amending its Answer and Counterclaim, the parties delayed filing this Stipulation.  However, to ensure compliance with Local Rule 6-1(a), the parties now file the present Stipulation while they continue to work towards an agreement regarding whether

-2-

or not Northstar will file a Third Amended Answer and Counterclaim.

Accordingly, Northstar and West request that the Court issue an Order, for good cause shown, that the time for West to reply or otherwise respond to Northstar's Second Amended Answer and Counterclaim be extended to December 18, 2007.

| JONES WALDO HOLBROOK & MCDONOUGH | KING & KELLEHER |
|---|---|
| By: */s/Brett D. Ekins*<br>     Brett D. Ekins | By: */s/Edward Vincent King, Jr.*<br>     Edward Vincent King, Jr. |
| Attorneys for Defendants Jewelry Innovations, Inc., Tosyali International, Inc. (dba Benchmark), and Northstar Diamond, Inc. | Attorneys for Plaintiff Trent West |
| Date:  December 11, 2007 | Date:  December 11, 2007 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 13, 2007

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court