**E-filed 1/24/08**

Brett D. Ekins (CSB #194736)
Andrew H. Stone (*pro hac vice*)
Brent T. Winder (*pro hac vice*)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, Utah 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225
bekins@joneswaldo.com

Marc N. Bernstein (CSB #145837)
The Bernstein Law Group PC
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: (415) 765-6634
Facsimile: (415) 283-4804
mbernstein@blgrp.com

*Attorneys for Defendants and Counterclaimants
Jewelry Innovations, Inc., Tosyali International, Ltd.,
and Northstar Diamond, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>          Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil No. C 07 1812 JF-EDL<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

      Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark ("Benchmark"), Northstar Diamond, Inc. ("Northstar"), Crown Ring, Inc. ("Crown Ring") and Plaintiff Trent West ("West"), by and through their respective undersigned counsel, hereby agree

and stipulate pursuant to Civil L-R 6-2(a) to modify the Scheduling Order as follows:

    (a)    Defendants' Opposing Claim Construction Brief shall be filed and served on or before February 5, 2008;

    (b)    Plaintiff's Claim Construction Reply shall be filed and served on or before February 12, 2008; and

    (c)    the Claim Construction Hearing shall be held on February 26, 2008.

The parties hereto accordingly request that the Court issue an Order, for good cause shown, modifying the Scheduling Order as set forth above.

| JONES WALDO HOLBROOK & McDONOUGH PC | KING & KELLEHER |
|---|---|
| By /s/ Brett D. Ekins<br>Brett D. Ekins<br>Attorneys for Defendants Jewelry Innovations, Inc.; Tosyali International, Inc. (dba Benchmark); and Northstar Diamond, Inc. (dba Tungsten Magnum) | By /s/ Edward Vincent King, Jr.<br>Edward Vincent King, Jr.<br>Attorneys for Plaintiff Trent West |
| DATED: January 22, 2008 | DATED: January 22, 2008 |

TROJAN LAW OFFICES

By /s/ R. Joseph Trojan
    Attorneys for Defendant Crown Ring, Inc.

DATED: January 22, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 24, 2008.

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court

2    STIP TO MODIFY SCHEDULING ORDER
C 07 1812 JF-EDL
76639.1