Brett D. Ekins (CSB #194736)
Andrew H. Stone (*pro hac vice*)
Brent T. Winder (*pro hac vice*)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, Utah 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225
bekins@joneswaldo.com

Marc N. Bernstein (CSB #145837)
The Bernstein Law Group PC
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: (415) 765-6634
Facsimile: (415) 283-4804
mbernstein@blgrp.com

*Attorneys for Defendants and Counterclaimants*
*Jewelry Innovations, Inc., Tosyali International, Ltd.,*
*and Northstar Diamond, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil No. C 07 1812 JF-EDL<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF OPPOSING CLAIM CONSTRUCTION BRIEF OF DEFENDANTS JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, LTD. (dba BENCHMARK) AND NORTHSTAR DIAMOND, INC.** |

Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark ("Benchmark"), and Northstar Diamond, Inc. ("Northstar"), and Plaintiff Trent West ("West"), by and through their respective undersigned counsel, hereby agree and stipulate pursuant to Civil L-

R 6-2(a) to extend the time for JII, Benchmark and Northstar to file their Opposing Claim Construction Brief by ~~four (4) days from January 18, 2008 to January 22, 2008.~~ 2/5/08. The parties hereto accordingly request that the Court issue an Order, for good cause shown, that the time for JII, Benchmark and Northstar to file their Opposing Claim Construction Brief be extended to ~~January 22, 2008.~~ 2/5/08

| JONES WALDO HOLBROOK & McDONOUGH PC | KING & KELLEHER |
|---|---|
| By /s/ Brett D. Ekins<br>Brett D. Ekins<br>Attorneys for Defendants Jewelry Innovations, Inc.; Tosyali International, Inc. (dba Benchmark); and Northstar Diamond, Inc. (dba Tungsten Magnum) | By /s/ Edward Vincent King, Jr.<br>Edward Vincent King, Jr.<br>Attorneys for Plaintiff Trent West |
| DATED: January 17, 2008 | DATED: January 17, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 24 , 2008.

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court