1 Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
2 20 California Street, 7th Floor
San Francisco, CA 94111
3 Telephone: (415) 781-2888
Facsimile: (415) 781-3011

*Attorneys for Plaintiff*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRENT WEST,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RINGS, INC.,**<br><br>    **Defendants.**<br><br>**And Related Cross-Actions** | Case No. C 07-1812 JF<br><br>**STIPULATION EXTENDING TIME FOR WEST TO REPLY OR OTHERWISE RESPOND TO TOSYALI INTERNATIONAL'S AMENDED ANSWER AND COUNTERCLAIM** |

Defendant Tosyali International, Inc. dba Benchmark ("Benchmark"), by and through its undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, have agreed and stipulated under Civil L.R. 6-1(a) to extend the time for West to reply or otherwise respond to Benchmark's Amended Answer and Counterclaim by two weeks from January 17, 2008 to January 31, 2008. West's counsel is filing this stipulation with the Court after having received the consent and agreement of Benchmark's counsel to its form and content.

-1-
**STIPULATION EXTENDING TIME FOR WEST TO REPLY OR OTHERWISE RESPOND TO BENCHMARK'S AMENDED ANSWER AND COUNTERCLAIM**     **Case No. C 07-1812 JF**

Accordingly, Benchmark and West request that the Court issue an Order, for good cause shown, that the time for West to reply or otherwise respond to Benchmark's Amended Answer and Counterclaim be extended to January 31, 2008.

| | |
|---|---|
| JONES WALDO HOLBROOK & MCDONOUGH | KING & KELLEHER |
| By: */s/Brett D. Ekins*<br>　　Brett D. Ekins | By: */s/Edward Vincent King, Jr.*<br>　　Edward Vincent King, Jr. |
| Attorneys for Defendants Jewelry Innovations, Inc., Tosyali International, Inc. (dba Benchmark), and Northstar Diamond, Inc. (dba Tungsten Magnum) | Attorneys for Plaintiff Trent West |
| Date: January 16, 2007 | Date: January 16, 2007 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January  24 , 2008

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court