Brett D. Ekins (CSB #194736)
Andrew H. Stone (*pro hac vice*)
Brent T. Winder (*pro hac vice*)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, Utah 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225
bekins@joneswaldo.com

Marc N. Bernstein (CSB #145837)
The Bernstein Law Group PC
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: (415) 765-6634
Facsimile: (415) 283-4804
mbernstein@blgrp.com

*Attorneys for Defendants and Counterclaimants*
*Jewelry Innovations, Inc., Tosyali International, Ltd.,*
*and Northstar Diamond, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>        Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil No. C 07 1812 JF-EDL<br><br>**STIPULATION TO CONTINUE CLAIM CONSTRUCTION HEARING** |

       Defendants Jewelry Innovations, Inc. ("JII"); Tosyali International, Ltd. dba Benchmark ("Benchmark"); Northstar Diamond, Inc. ("Northstar"); and Crown Ring, Inc. ("CR"), and Plaintiff Trent West ("West"), by and through their respective undersigned counsel, hereby agree

| | |
|---|---|
| 1 | and stipulate pursuant to Civil L-R 6-2(a) to continue the Claim Construction Hearing currently |
| 2 | scheduled for February 26, 2008 at 9:30 to March 20, 2008 at 9:00 a.m.  There will be no |
| 3 | additional briefing submitted by any party in connection with the continued hearing. |

The parties hereto accordingly request that the Court issue an Order, for good cause shown, that the Claim Construction hearing be continued to March 20, 2008 at 9:00 a.m. There will be no additional briefing submitted by any party in connection with the continued hearing.

| JONES WALDO HOLBROOK & McDONOUGH PC | KING & KELLEHER |
|---|---|
| By  /s/ Brett D. Ekins<br>Brett D. Ekins<br>Attorneys for Defendants Jewelry Innovations, Inc.; Tosyali International, Inc. (dba Benchmark); and Northstar Diamond, Inc. (dba Tungsten Magnum) | By  /s/ Edward Vincent King, Jr.<br>Edward Vincent King, Jr.<br>Attorneys for Plaintiff Trent West |
| DATED:  February 25, 2008 | DATED:  February 25, 2008 |

TROJAN LAW OFFICES

By  /s/ R. Joseph Trojan
R. Joseph Trojan
Attorneys for Defendant Crown Ring, Inc.

DATED:  February 25, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February  27 , 2008.

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court