Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011

*Attorneys for Plaintiff*
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>Plaintiff,<br><br>v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RINGS, INC.,<br><br>Defendants.<br><br>And Related Cross-Actions | Case No.5:07-cv-1812 JF (HRL)<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark ("Benchmark") and Northstar Diamond, Inc. dba Tungsten Magnum ("Northstar"), by and through their undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, have agreed and stipulated under Civil L.R. 6-2(a) to modify the Scheduling Order to extend the time for the parties to comply with the presently pending deadlines in this matter as set forth below:

| Event | Present Date | Modified Date |
|---|---|---|
| Willfulness Opinion Disclosure | February 29, 2008 | April 4, 2008 |
| Expert Disclosure | March 7, 2008 | May 9, 2008 |
| Last Day to File Dispositive Motions | May 16, 2008 | June 20, 2008 |
| Last Day to Hear Dispositive Motions | June 20, 2008 | July 18, 2008 |
| All Discovery Cut-Off | June 20, 2008 | July 18, 2008 |

West's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for JII, Benchmark and Northstar to its form and content. Counsel for Crown Ring has been consulted, but has not replied as to whether Crown Ring agrees to join in the stipulation between West and JII, Benchmark and Northstar.

Accordingly, West, JII, Benchmark and Northstar request that the Court issue an Order, for good cause shown, modifying the Scheduling Order as requested above.

JONES WALDO HOLBROOK & MCDONOUGH

By: /s/Brett D. Ekins
   Brett D. Ekins

Attorneys for Defendants Jewelry Innovations, Inc., Tosyali International, Inc. (dba Benchmark), and Northstar Diamond, Inc. (dba Tungsten Magnum)

Date: March 7, 2008

KING & KELLEHER

By: /s/Alvin B. Lindsay
   Alvin B. Lindsay

Attorneys for Plaintiff Trent West

Date: March 7, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 14, 2008

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court