\*\*E-filed 3/19/08\*\*

Brett D. Ekins (CSB #194736)
Andrew H. Stone (pro hac vice)
Brent T. Winder (pro hac vice)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, UT 84770
Telephone: (435) 628-1627
Facsimile: (435) 628-5225

*Attorneys for Defendants and Counterclaimants*
*Jewelry Innovations, Inc., Tosyali International, Inc.*
*and Northstar Diamond, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>              Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil No. C 07 1812 JF-EDL<br><br>**STIPULATION TO RESCHEDULE CLAIM CONSTRUCTION HEARING** |

Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark ("Benchmark"), Northstar Diamond, Inc. ("Northstar"), Crown Ring, Inc. ("Crown Ring") and Plaintiff Trent West ("West"), by and through their respective undersigned counsel, hereby agree and stipulate, with the Court's approval and for the purpose of facilitating settlement negotiations among JII, Benchmark, Northstar and Plaintiff, to reschedule the claim construction hearing from March 20, 2008, to April 3, 2008 at 9:00 a.m.

/ / /

/ / /

1

STIP TO RESCHEDULE CLAIM
CONSTRUCTION HEARING
C 07 1812 JF-EDL

77166.1

The parties hereto accordingly request that the Court issue an Order, for good cause shown, rescheduling the claim construction hearing for April 3, 2008 at 9:00 a.m.

| JONES WALDO HOLBROOK & McDONOUGH PC | KING & KELLEHER |
|---|---|
| By /s/ Brett D. Ekins<br>Brett D. Ekins<br>Attorneys for Defendants Jewelry Innovations, Inc.; Tosyali International, Inc. (dba Benchmark); and Northstar Diamond, Inc. (dba Tungsten Magnum) | By /s/ Edward Vincent King, Jr.<br>Edward Vincent King, Jr.<br>Attorneys for Plaintiff Trent West |
| DATED: March 18, 2008 | DATED: March 18, 2008 |

TROJAN LAW OFFICES

By /s/ R. Joseph Trojan
    Attorneys for Defendant Crown Ring, Inc.

DATED: March 18, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March __19__, 2008.

_____
Hon. Jeremy Fogel
Judge, U.S. Northern District Court