1  Edward Vincent King, Jr. (SBN 085726)
   Alvin B. Lindsay (SBN 220236)
2  KING & KELLEHER, LLP
   20 California Street, 7th Floor
3  San Francisco, CA 94111
   Telephone: (415) 781-2888
4  Facsimile: (415) 781-3011

5  *Attorneys for Plaintiff*
   *TRENT WEST*
6

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
   **TRENT WEST,**                          Case No.5:07-cv-1812 JF (HRL)
12
          **Plaintiff,**
13
          v.                                **JOINT STIPULATION MODIFYING**
14                                          **SCHEDULING ORDER**
   **JEWELRY INNOVATIONS, INC.,**
15 **TOSYALI INTERNATIONAL, INC.**
   **(dba BENCHMARK), NORTHSTAR**
16 **DIAMOND, INC. (dba TUNGSTEN**
   **MAGNUM), and A JAMAIS DESIGNS,**
17 **INC. (dba INFINITY RINGS), and**
   **CROWN RING, INC.,**
18
          **Defendants.**
19

20 **And Related Cross-Actions**

21
          Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark
22
   ("Benchmark"), Northstar Diamond, Inc. dba Tungsten Magnum ("Northstar") and Crown Ring,
23
   Inc. ("Crown"), by and through their undersigned counsel of record, and Plaintiff Trent West
24
   ("West"), by and through his undersigned counsel of record, have agreed and stipulated under
25
   Civil L.R. 6-2(a) to modify the Scheduling Order to extend the time for the parties to comply
26
   with the presently pending deadlines in this matter as set forth below:
27

28

-1-

JOINT STIPULATION MODIFYING SCHEDULING ORDER        Case No. 5:07-cv-1812 JF (HRL)

| Event | Present Date | Modified Date |
|---|---|---|
| Expert Disclosure | May 9, 2008 | June 27, 2008 |
| All Discovery Cut-Off – serve and schedule to complete by this date | July 18, 2008 | July 11, 2008 |
| Last Day to File Dispositive Motions | June 20, 2008 | July 18, 2008 |
| Last Day to Hear Dispositive Motions | July 18, 2008 | August 26, 2008 |

West's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for JII, Benchmark, Northstar and Crown to its form and content.

Accordingly, West, JII, Benchmark, Northstar and Crown request that the Court issue an Order, for good cause shown, modifying the Scheduling Order as requested above.

JONES WALDO HOLBROOK & MCDONOUGH

By: /s/Brett D. Ekins
    Brett D. Ekins

Attorneys for Defendants Jewelry Innovations, Inc., Tosyali International, Inc. (dba Benchmark), and Northstar Diamond, Inc. (dba Tungsten Magnum)

Date: May 7, 2008

TROJAN LAW OFFICES

By: /s/R. Joseph Trojan
    R. Joseph Trojan

Attorneys for Defendant Crown Ring, Inc.

Date: May 7, 2008

KING & KELLEHER

By: /s/Alvin B. Lindsay
    Alvin B. Lindsay

Attorneys for Plaintiff Trent West

Date: May 7, 2008

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3  DATED: May  9  , 2008
4
5  _____
6  Hon. Jeremy Fogel
   Judge, U.S. District Court – ND Cal.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28