R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

Attorneys for Defendant,
CROWN RING, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>    Plaintiff,<br><br>    v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INERNATIONAL, INC., (d.b.a. BENCHMARK), DIAMOND NORTHSTAR, INC., (d.b.a. TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (d.b.a. INFINITY RINGS), and CROWN RING, INC.,<br><br>    Defendants,<br><br>and Related Counterclaims | CASE NO. C 07-1812-JF (HRL)<br><br>**JOINT STIPULATION MODIFYING SCHEDULING ORDER** |

    Plaintiff Trent West ("West") and Defendants, Crown Ring, Inc. ("Crown Ring"), Jewelry Innovations, Inc. ("JII"), and Tosyali International, Ltd. d/b/a Benchmark ("Benchmark"), by and through their undersigned counsel of record, have agreed and stipulated under Civil L.R. 6-2(a) to modify the Scheduling Order to extend the time for the

Joint Stip Modifying Scheduling Order           -1-
 - C 07-1812-JF (HRL)

parties to comply with the presently pending deadlines in this matter as set forth below:

| Event | Present Date | Modified Date |
|---|---|---|
| Expert Disclosure | June 27, 2008 | July 28, 2008 |
| All Discovery Cut-Off: serve and schedule to complete by this date | July 11, 2008 | August 11, 2008 |
| Last Day to File Dispositive Motions | July 18, 2008 | August 18, 2008 |
| Last Day to Hear Dispositive Motions | August 26, 2008 | September 26, 2008 |
| Trial | September 15, 2008 | October 27, 2008 |

West, Crown Ring, JII, and Benchmark estimate eight (8) Court days for a jury trial.

Crown Ring's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for West, JII, and Benchmark to its form and content.

Accordingly, Crown Ring, JII, Benchmark, and West request that the Court issue an Order, for good cause shown, modifying the Scheduling Order as requested above.

                                        KING & KELLEHER

Date: June 17, 2008                    By:    */s/Alvin B. Lindsay*
                                                  Alvin B. Lindsay
                                      Attorneys for Plaintiff Trent West

                                        TROJAN LAW OFFICES

Date: June 17, 2008                    By:    */s/R. Joseph Trojan*
                                                  R. Joseph Trojan
                                      Attorneys for Defendant Crown Ring, Inc.

Date: June 17, 2008                    JONES WALDO HOLBROOK & MCDONOUGH
                                      By:    */s/Brett D. Ekins*
                                                  Brett D. Ekins
                                      Attorneys for Defendants Jewelry Innovations, Inc. and
                                      Tosyali International, Inc. (d/b/a Benchmark)

Joint Stip Modifying Scheduling Order    -2-
- C 07-1812-JF (HRL)

TROJAN LAW OFFICES
BEVERLY HILLS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June __19__, 2008

_____
Hon. Jeremy Fogel
Judge, U.S. District Court – ND Cal.

TROJAN LAW OFFICES
BEVERLY HILLS

Joint Stip Modifying Scheduling Order    -3-
- C 07-1812-JF (HRL)