\*\*E-filed 8/8/08\*\*

1  Brett Ekins (SBN 194736)
   JONES WALDO HOLBROOK & McDONOUGH PC
2  301 North 200 East, Suite 3A
   St. George, Utah 84770
3  Telephone: (435) 628-1627
   Facsimile: (435) 628-5225
4  bekins@joneswaldo.com

5  Marc N. Bernstein (CSB #145837)
   The Bernstein Law Group PC
6  555 Montgomery Street, Suite 1650
   San Francisco, CA 94111
7  Telephone: (415) 765-6634
   Facsimile: (415) 283-4804
8  mbernstein@blgrp.com

9  *Attorneys for Defendants Jewelry Innovations, Inc.*
   *and Tosyali International, Inc. dba Benchmark*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RING, INC.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil No. C 07 1812 JF-EDL<br><br>**JOINT STIPULATION MODIFYING SCHEDULING ORDER** |

Defendants Jewelry Innovations, Inc. ("JII"), Tosyali International, Ltd. dba Benchmark ("Benchmark"), Crown Ring, Inc. ("Crown Ring") and Plaintiff Trent West ("West"), by and through their counsel of record, have agreed and stipulated under Civil L.R. 6-2(a) to modify the Scheduling Order to extend the time for parties to comply with the presently pending deadlines in this matter as set forth below:

JT STIP MODIFYING SCHED ORD

C 07 1812 JF-EDL

78311.1

| Event | Present Date | Modified Date |
|---|---|---|
| Expert Disclosure | July 28, 2008 | October 28, 2008 |
| Discovery Cut-Off | August 11, 2008 | November 11, 2008 |
| Last Day to File Dispositive Motions | August 18, 2008 | November 18, 2008 |
| Last Day to Hear Dispositive Motions | September 26, 2008 | December 26, 2008 |
| Trial | October 27, 2008 | March 16, 2009 |

JII, Benchmark, Crown Ring and West estimate eight (8) court days for a jury trial.

JII and Benchmark's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for West and Crown Ring to its form and content.

Accordingly, JII, Benchmark, Crown Ring and West request that the Court issue an Order for good cause shown, modifying the Schedule Order as requested above.

DATED: July ___, 2008.

JONES WALDO HOLBROOK & McDONOUGH PC

By: /s/Brett D. Ekins
Brett D. Ekins
*Attorneys for Defendants Jewelry Innovations, Inc. and Tosyali International, Ltd. d/b/a Benchmark*

DATED: July ___, 2008.

TROJAN LAW OFFICES

By: /s/R. Joseph Trojan
R. Joseph Trojan
*Attorneys for Defendant Crown Ring, Inc.*

DATED: July ___, 2008.

KING & KELLEHER

By: /s/Alvin B. Lindsay
Alvin B. Lindsay
*Attorneys for Plaintiff Trent West*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  DATED:  ~~July~~ ~~, 2008~~ 8/8/08

_____
Hon. Jeremy Fogel
Judge, U.S. District Court – ND Cal.

-3-                                             JT STIP MODIFYING SCHED ORD 3
                                                C 07 1812 JF-EDL

78311.1