Brett D. Ekins (CSB #194736)
Andrew H. Stone (*pro hac vice*)
Brent T. Winder (*pro hac vice*)
JONES WALDO HOLBROOK & McDONOUGH PC
301 North 200 East, Suite 3A
St. George, Utah 84770
Telephone:  (435) 628-1627
Facsimile:  (435) 628-5225
bekins@joneswaldo.com

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB #165493) mkelleher@flk.com
Anne W. Kuykendall (CSB #248720) akuykendall@flk.com
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Defendants and Counterclaimants
Jewelry Innovations, Inc., Tosyali International, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND NORTHSTAR, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS); and CROWN RINGS, INC.,<br><br>　　　　　Defendants. | Case No. C 07 1812 EDL<br><br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL |

15327:0001\78745.1

1

2          Good cause appearing, and substitute counsel for Defendants Jewelry Innovations, Inc.

3   and Tosyali International, Ltd. dba Benchmark having made its appearance, it is ORDERED that

4   Marc Bernstein and the Bernstein Law Group are relieved from their duties as counsel in this

5   action.

6

7   IT IS SO ORDERED.

8

9   DATED: _____9/24_____ _____, 2008

10

11

12   _____
     JEREMY FOGEL
13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -