1 | Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
2 | KING & KELLEHER, LLP
20 California Street, 7th Floor
3 | San Francisco, CA  94111
Telephone:  (415) 781-2888
4 | Facsimile:  (415) 781-3011

5 | *Attorneys for Plaintiff*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRENT WEST,** | Case No.5:07-cv-1812 JF (HRL) |
| **Plaintiff,** | |
| v. | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| **JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RING, INC.,** | |
| **Defendants.** | |
| **And Related Cross-Actions** | |

Defendants Jewelry Innovations, Inc. ("JII") and Tosyali International, Ltd. dba Benchmark ("Benchmark"), by and through their undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, have agreed and stipulate under Civil L.R. 6-2(a) to modify the Scheduling Order to extend the time for the parties to comply with the presently pending deadlines in this matter as set forth below:

/ / /

/ / /

| Event | Present Date | Modified Date |
|---|---|---|
| Expert Disclosure/Reports by party with the burden of proof on an issue | October 28, 2008 | November 25, 2008 |
| Fact Discovery Cut-Off (serve discovery requests and notice fact witness depositions to be completed by this date) | November 11, 2008 | December 5, 2008 |
| Rebuttal Expert Disclosure/Reports by party without the burden of proof on an issue | No date presently | December 24, 2008 |
| Expert Discovery Cut-Off (complete depositions of expert witnesses by this date) | No date presently | January 9, 2009 |
| Last Day to File Dispositive Motions | November 18, 2008 | January 16, 2009 |
| Last Day to File Daubert Motions objecting to experts | No date presently | January 23, 2009 |
| Last Day to Hear Dispositive Motions | December 26, 2008 | February 20, 2009 |
| Trial | March 16, 2009 | March 16, 2009 |

West's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for JII and Benchmark to its form and content. Counsel for Crown Ring has elected not to join in the stipulation between West and JII and Benchmark, but has not asserted Crown Ring will be prejudiced or otherwise adversely impacted by the requested modifications. The reasons that JII, Benchmark and West respectfully request the present modifications are provided in the Declaration of Alvin B. Lindsay, filed herewith.

/ / /

/ / /

-2-

**STIPULATION TO MODIFY SCHEDULING ORDER**               **Case No. 5:07-cv-1812 JF (HRL)**

1   Accordingly, JII, Benchmark and West request that the Court issue an Order, for good
2  cause shown, modifying the Scheduling Order as requested above.

3

4  JONES WALDO HOLBROOK &        KING & KELLEHER
   MCDONOUGH
5

6  By: */s/Brett D. Ekins*_____        By: */s/Alvin B. Lindsay*__
       Brett D. Ekins                      Alvin B. Lindsay
7
   Attorneys for Defendants Jewelry Innovations,   Attorneys for Plaintiff Trent West
8  Inc. and Tosyali International, Inc. (dba
   Benchmark)
9

10 Date:  September 30, 2008            Date:  September 30, 2008

11

12

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14 DATED:  October  2nd , 2008

15                                  _____
                                    Hon. Jeremy Fogel
16                                  Judge, U.S. District Court – N.D. Cal.

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**STIPULATION TO MODIFY SCHEDULING ORDER**                **Case No. 5:07-cv-1812 JF (HRL)**