Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

*Attorneys for Plaintiff*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRENT WEST,**<br><br>         **Plaintiff,**<br><br>         v.<br><br>**JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RING, INC.,**<br><br>         **Defendants.**<br><br>**And Related Cross-Actions** | Case No.5:07-cv-1812 JF (HRL)<br><br>**STIPULATION BETWEEN WEST AND CROWN RING TO PERMIT ENTRY OF WEST'S FIRST AMENDED INFRINGEMENT CONTENTIONS AS TO CROWN RING FOR GOOD CAUSE UNDER PATENT L.R. 3-7**<br>    AND ORDER |

Plaintiff Trent West ("West"), by and through his undersigned counsel of record, and Defendant Crown Ring, Inc. ("Crown"), by and through its undersigned counsel of record, have agreed and stipulate under Civil L.R. 7-12 that good cause exists under Patent L.R. 3-7 to permit entry of West's First Amended Infringement Contentions, which are submitted herewith for the Court's review.  A similar reciprocal stipulation seeking to permit entry of Crown's amended invalidity contentions is forthcoming.

1  Fact discovery has progressed towards closing on December 5, 2008, and expert reports
2  by the party with the burden of proof on an issue are to be served by November 25, 2008.
3  Documents have been produced by the parties, and fact witness depositions have been taken.
4  While additional production and depositions may occur before the close of discovery, West and
5  Crown believe it is prudent, fair and justified to permit amendment to their infringement and
6  invalidity contentions for good cause in order to prepare for filing of expert reports and to
7  facilitate their supplemental responses to certain contention interrogatories before the close of
8  fact discovery.  Thus, West and Crown seek leave of the Court, based upon this stipulation as to
9  good cause, to permit amendment of their infringement and invalidity contentions to conform
10 their contentions to the evidence which has been made of record thus far in this matter.

11  West and Crown have agreed that the scope of their stipulation for good cause under
12 Patent L.R. 3-7 shall extend only to permitting entry of amendments based upon or arising
13 directly from the content of evidence which has been made of record through production of
14 documents or fact witness depositions.  West and Crown agree that a party may not amend to
15 add contentions based upon evidence that has not been disclosed to the other party directly
16 through production of documents or through deposition testimony made of record thus far.

17  Accordingly, West and Crown request that the Court issue an Order, for good cause
18 shown, permitting entry of West's First Amended Infringement Contentions Against Defendant
19 Crown Ring, which have been submitted herewith for the Court's review.  Crown's counsel has
20 reviewed these contentions and confirms that West's amendments conform to the scope of the
21 parties' above articulated agreement.  Similar amended invalidity contentions submitted by
22 Crown will follow shortly upon their completion and West's counsel's review for agreement
23 conformance.  West's counsel files this stipulation having received Crown's counsel's consent.

24 KING & KELLEHER                                  TROJAN LAW OFFICES

25 By: */s/Alvin B. Lindsay*                            By: */s/R. Joseph Trojan*
       Alvin B. Lindsay                                        R. Joseph Trojan
26
27 Attorneys for Plaintiff Trent West               Attorneys for Defendant Crown Ring, Inc.

28 Date:  October 28, 2008                           Date:  October 28, 2008

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that West's First Amended

2  Infringement Contentions Against Defendant Crown Ring shall be deemed entered based upon

3  good cause appearing therefor under Patent L.R. 3-7.

5  DATED: October __29__, 2008

   _____
   Hon. Jeremy Fogel
   Judge, U.S. District Court – N.D. Cal.

-3-
**STIPULATION /ORDER RE: ENTRY OF WEST'S AMENDED INFRINGEMENT CONTENTIONS   Case No. 5:07-cv-1812 JF**