Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011

*Attorneys for Plaintiff*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>    Plaintiff,<br><br>    v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), NORTHSTAR DIAMOND, INC. (dba TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RING, INC.,<br><br>    Defendants.<br><br>**And Related Cross-Actions** | Case No.5:07-cv-1812 JF (HRL)<br><br>**STIPULATED DISMISAL WITH PREJUDICE BETWEEN WEST AND JEWELRY INNOVATIONS, INC.** |

   Pursuant to agreements entered into by the parties, Plaintiff and Counterclaim Defendant Trent West ("West") and Defendant and Counterclaimant Jewelry Innovations, Inc. ("JII"), by and through their undersigned counsel of record, have agreed and stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal, with prejudice, of all claims brought by West in his complaint and all claims brought by JII. Each party shall bear its own costs and attorneys' fees.

Accordingly, West and JII respectfully request that the Court dismiss, with prejudice, the parties' claims in this matter as set forth above.

| | |
|---|---|
| JONES WALDO HOLBROOK & MCDONOUGH | KING & KELLEHER |
| By: /s/Brett D. Ekins<br>    Brett D. Ekins | By: /s/Edward Vincent King, Jr.<br>    Edward Vincent King, Jr. |
| Attorneys for Defendant Jewelry Innovations, Inc. | Attorneys for Plaintiff Trent West |
| Date: October 29, 2008 | Date: October 29, 2008 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~October~~ November 5, 2008

_____
Hon. Jeremy Fogel
Judge, U.S. District Court – N.D. Cal.