R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

Attorneys for Defendant,
CROWN RING, INC.

**E-Filed 11/14/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INERNATIONAL, INC., (d.b.a. BENCHMARK), DIAMOND NORTHSTAR, INC., (d.b.a. TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (d.b.a. INFINITY RINGS), and CROWN RING, INC.,<br><br>　　　　　Defendants,<br><br>and Related Counterclaims | CASE NO. C 07-1812-JF (HRL)<br>ORDER APPROVING<br>**STIPULATION BETWEEN PLAINTIFF TRENT WEST AND DEFENDANT CROWN RING, INC. TO PERMIT ENTRY OF CROWN RING, INC.'S FIRST AMENDED PRELIMINARY INVALIDITY CONTENTIONS FOR GOOD CAUSE UNDER PATENT L.R. 3-7** |

Defendant Crown Ring, Inc. ("Crown Ring"), by and through its undersigned counsel of record, and Plaintiff Trent West ("West"), by and through his undersigned counsel of record, have agreed and stipulate under Civil L.R. 7-12 that good cause exists under Patent L.R. 3-7 to permit entry of Crown Ring's First Amended Preliminary Invalidity Contentions, which are submitted herewith for the Court's review.  A similar reciprocal stipulation seeking to permit entry of West's Amended Infringement Contentions was already filed with the Court

1  on October 28, 2008 by West and entered by this Court on November 4, 2008.

2       Fact discovery has progressed towards closing on December 5, 2008, and expert reports by the party with the burden of proof on an issue are to be served by November 25, 2008. Documents have been produced by the parties, and fact witness depositions have been taken. While additional production and depositions may occur before the close of discovery, West and Crown believe it is prudent, fair and justified to permit amendment to their infringement and invalidity contentions for good cause in order to prepare for filing of expert reports and to facilitate their supplemental responses to certain contention interrogatories before the close of fact discovery.   Thus, West and Crown seek leave of the Court, based upon this stipulation as to good cause, to permit amendment of their infringement and invalidity contentions to conform their contentions to the evidence which has been made of record thus far in this matter.

     West and Crown have agreed that the scope of their stipulation for good cause under Patent L.R. 3-7 shall extend only to permitting entry of amendments based upon or arising from the content of evidence which has been made of record through production of documents or fact witness depositions.

     Accordingly, West and Crown request that the Court issue an Order, for good cause shown, permitting entry of Crown Ring's First Amended Preliminary Invalidity Contentions, which have been submitted herewith for the Court's review.  West's counsel has reviewed these contentions and confirms that Crown Ring's amendments conform to the scope of the parties' above articulated agreement.   West's similar reciprocal First Amended Infringement Contentions were already filed with the Court on October 28, 2008.

| KING & KELLEHER | TROJAN LAW OFFICES |
|---|---|
| By: */s/Alvin B. Lindsay* | By: */s/R. Joseph Trojan* |
|     Alvin B. Lindsay |     R. Joseph Trojan |
| Attorneys for Plaintiff Trent West | Attorneys for Defendant Crown Ring, Inc. |
| Date:  November 13, 2008 | Date:  November 13, 2008 |

Stip. to Permit Entry of Amended
Contentions - C 07-1812-JF (HRL)

-2-

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Crown Ring's First Amended
2  Preliminary Invalidity Contentions shall be deemed entered based upon good cause appearing
3  therefor under Patent L.R. 3-7.

5  DATED: November  14 , 2008

   _____
   Hon. Jeremy Fogel
   Judge, U.S. District Court – N.D. Cal.

28  Stip. to Permit Entry of Amended           -3-
    Contentions - C 07-1812-JF (HRL)