**\*\*E-Filed 12/1/08\*\***

1   R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
2   TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
3   Beverly Hills, CA  90212
Telephone:   310-777-8399
4   Facsimile:   310-777-8348

5

6   Attorneys for Defendant,
CROWN RING, INC.

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TRENT WEST,                                    CASE NO. C 07-1812-JF (HRL)
                                                     ORDER APPROVING
12              Plaintiff,                          **JOINT STIPULATION MODIFYING
                                                     SCHEDULING ORDER**
13        v.

14

15   JEWELRY INNOVATIONS, INC.,
     TOSYALI INERNATIONAL, INC.,
16   (d.b.a. BENCHMARK), DIAMOND
     NORTHSTAR, INC., (d.b.a.
17   TUNGSTEN MAGNUM), A JAMAIS
     DESIGNS, INC. (d.b.a. INFINITY
18   RINGS), and CROWN RING, INC.,

19              Defendants,

20

21    and Related Counterclaims

22

23        Plaintiff Trent West ("West") and Defendant Crown Ring, Inc. ("Crown Ring"), by and

24   through their undersigned counsel of record, have agreed and stipulated under Civil L.R. 6-2(a)

25   to modify the Scheduling Order to extend the time for the parties to comply with the presently

26   pending deadlines in this matter as set forth below:

27

28    Joint Stip Modifying Scheduling Order          -1-
      - C 07-1812-JF (HRL)

TROJAN LAW OFFICES
BEVERLY HILLS

TROJAN LAW OFFICES
BEVERLY HILLS

| Event | Present Date | Modified Date |
|---|---|---|
| Expert Disclosure/Reports by party with the burden of proof on an issue | November 25, 2008 | January 20, 2009 |
| Fact Discovery Cut-Off (serve discovery requests and notice fact witness depositions to be completed by this date) | December 5, 2008 | January 30, 2009 |
| Rebuttal Expert Disclosure/Reports by party without the burden of proof on an issue | December 24, 2008 | February 18, 2009 |
| Expert Discovery Cut-Off (complete depositions of expert witnesses by this date) | January 9, 2009 | March 6, 2009 |
| Last Day to File Dispositive Motions | January 16, 2009 | March 13, 2009 |
| Last Day to File Daubert Motions objecting to experts | January 23, 2009 | March 20, 2009 |
| Last Day to Hear Dispositive Motions | February 20, 2009 | April 17, 2009 |
| Trial | March 16, 2009 | May 11, 2009 |

West and Crown Ring estimate eight (8) Court days for a jury trial.

Crown Ring's counsel is filing this stipulation with the Court after having received the consent and agreement of counsel for West to its form and content.

Accordingly, Crown Ring and West request that the Court issue an Order, for good cause shown, modifying the Scheduling Order as requested above.

KING & KELLEHER

Date: November 24, 2008     By:     /s/Alvin B. Lindsay
Alvin B. Lindsay
Attorneys for Plaintiff Trent West

TROJAN LAW OFFICES

Date: November 24, 2008     By:     /s/R. Joseph Trojan
R. Joseph Trojan
Attorneys for Defendant Crown Ring, Inc.

Joint Stip Modifying Scheduling Order     -2-
- C 07-1812-JF (HRL)

1

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED: ___11/26/08___, 2008

4

5 _____
Hon. Jeremy Foge

6 Judge, U.S. District Court – ND Cal.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 _____
 Joint Stip Modifying Scheduling Order          -3-
 - C 07-1812-JF (HRL)

TROJAN LAW OFFICES
BEVERLY HILLS

1