**E-Filed 1/14/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>            Plaintiff,<br><br>   v.<br><br>JEWELRY INNOVATIONS, INC., et al.,<br><br>            Defendants. | Case Number C 07-1812 JF (HRL)<br><br>ORDER[1] DENYING MOTION TO SHORTEN TIME AS MOOT<br><br>[re: Docket No. 231] |

    On November 18, 2008, Defendant Crown Ring, Inc. ("Crown Ring") filed a motion to shorten time with respect to a hearing on Crown Ring's motion for leave to file its second amended preliminary invalidity contentions. On November 24, 2008, Crown Ring and Plaintiff Trent West stipulated to a modification of the scheduling order, mooting the instant motion to shorten time. Accordingly, Crown Ring's motion to shorten time is DENIED as moot.

DATED: January 14, 2009

                                            JEREMY FOGEL
                                            United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1 | This Order has been served upon the following persons:

2 | Andrew H Stone     astone@joneswaldo.com

3 | Anne W Kuykendall     akuykendall@flk.com

4 | Brent T. Winder     bwinder@joneswaldo.com

5 | Brett D. Ekins     bekins@joneswaldo.com, lcheney@joneswaldo.com

6 | Edward Vincent King , Jr     evking@kingandkelleher.com, alindsay@kingandkelleher.com, mwebb@kingandkelleher.com

7 |

8 | Michael F. Kelleher     mkelleher@flk.com

9 | Raymond Joseph Trojan     trojan@trojanlawoffices.com, crucillo@trojanlawoffices.com, kim@trojanlawoffices.com, speier@trojanlawoffices.com, Trojanlaw@aol.com

10 | Northstar Diamond, Inc.
Sellar Hazard Manning Ficenec & Lai
11 | 1800 Sutter Street
Suite 460
12 | Concord, CA 94520

13 | Smadar Dahan
Crownring Inc.
14 | 8290 St. Laurent Boulevard
Montreal, Canada

2

Case No. C 07-1812 JF (HRL)
ORDER DENYING MOTION TO SHORTEN TIME
(JFLC1)