R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:  310-777-8399
Facsimile:   310-777-8348

Attorneys for Defendant,
CROWN RING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>          Plaintiff,<br><br>     v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INERNATIONAL, INC., (d.b.a. BENCHMARK), DIAMOND NORTHSTAR, INC., (d.b.a. TUNGSTEN MAGNUM), A JAMAIS DESIGNS, INC. (d.b.a. INFINITY RINGS), and CROWN RING, INC.,<br><br>          Defendants,<br><br>and Related Counterclaims | CASE NO. C 07-1812-JF (HRL)<br><br>**[PROPOSED]** ORDER SEALING EXHIBITS A, B AND C TO DECLARATION OF ALVIN B. LINDSAY IN SUPPORT OF PLAINTIFF TRENT WEST'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY DEFENDANT CROWN RING, INC. |

The Court, having read and considered Plaintiff Trent West's Motion to File Under Seal Exhibits A, B, and C to the Declaration of Alvin B. Lindsay in Support of Plaintiff's Motion for Summary Judgment of Infringement By Defendant Crown Ring, Inc. ("Crown Ring") and Crown Ring's supporting declaration, Declaration of R. Joseph Trojan in support

1  of Sealing Exhibits A, B and C to the Declaration of Alvin B. Lindsay in Accordance with
2  Civil L.R. 79-5(d), believes that good cause exists for sealing them under Civil L.R. 79-5.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

The redacted portions of Exhibits A and B, copies of which are filed concurrently with this Order, and Exhibit C in its entirety attached to the Declaration of Alvin B. Lindsay in Support of Plaintiff's Motion for Summary Judgment of Infringement by Defendant Crown Ring, Inc. shall remain sealed.

Dated: 2/3/09

Honorable Jeremy Fogel
United States District Judge