UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRENT WEST,

            Plaintiff(s),

v.

JEWELRY INNOVATIONS, INC., et al.

            Defendant(s).
_____/

CASE NO. 07-01812-JF (HRL)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓   Private ADR *(please identify process and provider)* Private Mediation

Crown Ring, Inc. and Trent West have agreed to participate in private mediation with Jack L. Slobodin, Esq. serving as the mediator. Mr. Slobodin is an approved mediator available under the Court's ADR Program.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  April 6, 2009 (set based on schedules of the parties and counsel)

Dated: 3/20/09

/s Alvin B. Lindsay
Attorney for Plaintiff

Dated: 3/20/09

/s R. Joseph Trojan
Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    ✓ Private ADR

Deadline for ADR session
    90 days from the date of this order.
    ✓ other  4/6/09

IT IS SO ORDERED.

Dated: 3/23/09

Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE