1  Edward Vincent King, Jr. (SBN 085726)
   Alvin B. Lindsay (SBN 220236)
2  KING & KELLEHER, LLP
   20 California Street, 7th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 781-2888
4  Facsimile:  (415) 781-3011

**E-Filed 6/9/09**

5  *Attorneys for Plaintiff*
   *TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEWELRY INNOVATIONS, INC., TOSYALI INTERNATIONAL, INC. (dba BENCHMARK), DIAMOND BENCHMARK, INC. (dba TUNGSTEN MAGNUM), and A JAMAIS DESIGNS, INC. (dba INFINITY RINGS), and CROWN RING, INC.,<br><br>　　　　　Defendants.<br><br>And Related Cross-Actions | Case No.C 07-1812 JF (HRL)<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Before the Court is the Joint Motion of Plaintiff Trent West and Defendant Crown Ring, Inc. to continue the status conference currently scheduled for June 12, 2009 in this matter. Having considered the parties' joint motion, the Court hereby finds that good cause has been demonstrated for the requested continuance and is of the opinion that it should be granted.

1  **ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

2      The status conference currently scheduled for June 12, 2009 shall be continued until July

3  17, 2009 at 10:30 AM.

4  

5  **IT IS SO ORDERED.**

6  Dated:  June __9__, 2009

7

8  _____
Honorable Jeremy Fogel
9  United States District Judge