1  Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
2  KING & KELLEHER, LLP
20 California Street, 7th Floor
3  San Francisco, CA  94111
Telephone:  (415) 781-2888
4  Facsimile:  (415) 781-3011

5  *Attorneys for Plaintiff*
*TRENT WEST*

6

7

8

9                         UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

**TRENT WEST,**                                   Case No.5:07-cv-1812 JF (HRL)
12
          **Plaintiff,**
13
          v.                                       **STIPULATED DISMISAL WITH**
14                                                 **PREJUDICE BETWEEN WEST AND**
**JEWELRY INNOVATIONS, INC.,**                     **CROWN RING, INC.**
15  **TOSYALI INTERNATIONAL, INC.**
**(dba BENCHMARK), NORTHSTAR**
16  **DIAMOND, INC. (dba TUNGSTEN**
**MAGNUM), A JAMAIS DESIGNS,**
17  **INC. (dba INFINITY RINGS), and**
**CROWN RING, INC.,**
18
          **Defendants.**
19  _____

20  **And Related Cross-Actions**

21

22        Pursuant to agreements entered into by the parties, Plaintiff and Counterclaim Defendant

23  Trent West ("West") and Defendant and Counterclaimant Crown Ring, Inc. ("Crown Ring"), by

24  and through their undersigned counsel of record, have agreed and stipulate, pursuant to Rule

25  41(a) of the Federal Rules of Civil Procedure, to the dismissal, with prejudice, of all claims

26  brought by West against Crown Ring in this matter and all claims brought by Crown Ring

27  against West in this matter.  Each party shall bear its own costs and attorneys' fees.

28

-1-

**STIPULATED DISMISSAL WITH PREJUDICE - WEST AND CROWN RING, INC.**        **Case No. 5:07-cv-1812 JF (HRL)**

1    Accordingly, West and Crown Ring respectfully request that the Court dismiss, with

2   prejudice, the parties' claims in this matter as set forth above.

3

4   KING & KELLEHER                              TROJAN LAW OFFICES

5   By: */s/Alvin B. Lindsay__*                  By: */s/R. Joseph Trojan_____*
        Alvin B. Lindsay                                 R. Joseph Trojan
6

7   Attorneys for Plaintiff Trent West          Attorneys for Defendant Crown Ring, Inc.

8   Date:  July 13, 2009                        Date:  July 13, 2009

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11  DATED:  July __16__, 2009

12
    _____
        Hon. Jeremy Fogel
13      Judge, U.S. District Court – N.D. Cal.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATED DISMISSAL WITH PREJUDICE - WEST AND CROWN RING, INC.**          **Case No. 5:07-cv-1812 JF (HRL)**